OPINION — AG — THE TERM "PHYSICIAN" AS USED IN 43 O.S. 1971 31 [43-31], ET SEQ., AND 63 O.S. 1971, 1-151, [63-1-151] INCLUDES A LICENSED CHIROPRACTOR. CITE: (PRE MARTIAL EXAMINATIONS FOR SYPHILIS), 63 O.S. 1971, 1-151 [63-1-151], 63 O.S. 1971, 1-301 [63-1-301] OPINION NO. OCTOBER 13, 1954 — DEPART. OF HEALTH, OPINION NO. APRIL 17, 1941 — BOARD OF CHIROPRACTIC EXAMINERS (KAY KAREN KENNEDY)